UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CASE NO. 24-CR-151 (JMC) |
| v. | : |
| ANTHONY EUGENE BURNS | : |
| Defendant. | : |

## VERDICT FORM

We, the Jury, hereby return this unanimous verdict in the above-captioned case:

### COUNT ONE

With respect to Count One, Unlawful Possession of a Firearm by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year on or about February 25, 2024, how do you find Defendant ANTHONY EUGENE BURNS?

__X__                              _____
Guilty                             Not Guilty

SO SAY WE ALL, this 10th day of September, 2025.